UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM BAZEMORE,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2020

19 Cr. 6-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the sentencing scheduled for March 11, 2020, is ADJOURNED to **May 28, 2020**, at **2:00 p.m.**

    SO ORDERED.

Dated: January 3, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge