UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

          19-CR-006-001 (AT)

- against -

          ORDER

WILLIAM BAZEMORE,

    Defendant

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/2/2020__

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Kenneth J. Lau, LCSW, and payable to Empire State Forensics in the amount of $4,000.00, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: New York, New York

    April 2, 2020

                                          ANALISA TORRES
                                          United States District Judge

# Empire State Forensics, LCSW P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

March 29, 2020

Ashley Geiser, USPO SDNY
Probation Department United States District Court
Southern District of New York

**Re: William Bazemore**

Dear Probation Officer: Ashley Geiser

I have attached a copy of the final report a copy my invoice for the Psycho-sexual Assessment on **William Bazemore.**
.
.

Please feel free to contact me if you have any questions. I can be reached at (914) 367-3370.

Sincerely,

*Kenneth J. Lau, LCSW*

---

**Kenneth J. Lau, LCSW-R  P.C.**

# Empire State Forensics, LCSW P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

# INVOICE

**Date Submitted:** March 29, 2020

**Re: William Bazemore**

**Date Seen**: February 7 and 20, 2020

**Location:** Westchester County Correctional Facility

**Type of Assessment/Evaluation:**

Adult Sexual Offense Risk Evaluation Psychosexual Assessment

**Completed By:** Shoshanna Must, Ph.D.

**Payment Information:**

Total Cost of Assessment/Evaluation    **$ 4,000.00**

Please make check **payable** to: **Empire State Forensics**
Please send check to: **280 North Central Ave.  Suite 40**
                **Hartsdale, New York 10530**
                **Att: Kenneth J. Lau, LCSW**

*Kenneth J. Lau, LCSW*
**EIN** #:   82-2916796