Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2020
```

May 18, 2020

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE:    *United States v. William Bazemore*
              19-cr-006 (AT)

Dear Judge Torres,

    This letter is submitted on behalf of my client William Bazemore. Mr. Bazemore's sentencing is currently scheduled for May 28, 2020. Mr. Bazemore respectfully requests that his sentence be adjourned for 60 days or until the Court resumes in-person appearances, whichever comes first. This request is necessary because I have only been able to speak with Mr. Bazemore once for 30 minutes since I received the Draft PSR and additional documentation. Due to the limits placed on legal calls, it will be necessary to have at least one additional call with Mr. Bazemore to fully address all the issues raised in these documents. Additionally, it has been difficult to obtain letters from Mr. Bazemore's family as a result of the crisis. The government, by A.U.S.A. Jacqueline Kelly, does not oppose this request.

Respectfully Submitted,

*Meredith Heller*

Meredith S. Heller

Cc:  A.U.S.A. Jacqueline C. Kelly (via ECF)
      A.U.S.A. Danielle R. Sassoon (via ECF)

GRANTED. The sentencing scheduled for May 28, 2020, is ADJOURNED to **August 20, 2020**, at **2:00 p.m.**

SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge