USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM BAZEMORE,

                           Defendant.

19 Cr. 6-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter is scheduled for **December 10, 2020**, at **11:00 a.m.** Defendant's submissions are due by **November 25, 2020**. The Government's submissions are due by **December 2, 2020**.

    As the parties are aware, the Court adopted emergency rules for conducting conferences and proceedings in criminal cases in light of the COVID-19 public health crisis. *See* Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19.

    Accordingly, Defendant's counsel is directed to confer with the Government and submit a letter to the docket, in advance of sentencing and no later than **November 18, 2020**, stating the positions of both Defendant and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by **telephone or video** and, . . . whether the Defendant consents to appearance in that manner," or whether the matter should be adjourned until a time when it can be completed in person. Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19 (emphasis added).

    SO ORDERED.

Dated: October 16, 2020
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge