UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

WILLIAM BAZEMORE,

                            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020
```

19 Cr. 6-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the Defendant's letter at ECF No. 160.  Accordingly, the sentencing in this matter scheduled for December 10, 2020, is ADJOURNED to **January 7, 2021**, at **11:00 a.m.**  Defendant's submissions are due by **December 23, 2020**.  The Government's submissions are due by **December 31, 2020**.

      As the parties are aware, the Court adopted emergency rules for conducting conferences and proceedings in criminal cases in light of the COVID-19 public health crisis.  *See* Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      Accordingly, Defendant's counsel is directed to confer with the Government and submit a letter to the docket, in advance of sentencing and no later than **December 16, 2020**, stating the positions of both Defendant and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by **telephone or video** and, . . . whether the Defendant consents to appearance in that manner," or whether the matter should be adjourned until a time when it can be completed in person.  Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19 (emphasis added).

      SO ORDERED.

Dated: December 2, 2020
       New York, New York

                                                    ANALISA TORRES
                                     United States District Judge