Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/23/2020
```

December 22, 2020

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **RE:**    *United States v. William Bazemore*
             19-cr-006 (AT)

Dear Judge Torres,

       This letter is submitted on behalf of my client William Bazemore. Mr. Bazemore's sentencing is currently scheduled for January 7, 2021. Per your Honor's Order, dated December 2, 2020, the government and I were to inform you by December 16, 2020 whether Mr. Bazemore consented to remote proceedings. Unfortunately, due to the ongoing lockdowns at MDC, I was not able to speak with him about this issue before yesterday afternoon. Mr. Bazemore has informed me that he does not consent to remote proceedings as he wishes to appear before your Honor in person and have his family present. Therefore, pursuant to Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, the matter should be adjourned until a time when it can be completed in person. He does understand that this may result in his sentencing being delayed until the spring of 2021. The government, through A.U.S.A. Jacqueline Kelly, consents to this request.

Respectfully submitted,

GRANTED. The sentencing scheduled for January 7, 2021, is ADJOURNED to **March 2, 2021**, at **11:00 a.m.** Defendant's submissions are due on **February 16, 2021**. The Government's submissions are due on **February 23, 2021**.

SO ORDERED.

Dated: December 23, 2020
       New York, New York

*(signature)*
ANALISA TORRES
United States District Judge