USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM BAZEMORE,

                       Defendant.

19 Cr. 6-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for June 30, 2021, at 11:00 a.m. shall take place in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: June 30, 2021
       New York, New York

                                               ANALISA TORRES
                                   United States District Judge