```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/13/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BAZEMORE,

                    Petitioner,

-against-

UNITED STATES OF AMERICA,

                    Respondent.

19 Cr. 6-1 (AT)

**ORDER TO ANSWER**

ANALISA TORRES, District Judge:

      By correspondence dated October 3, 2024, Petitioner, William Bazemore, moves for habeas relief pursuant to 28 U.S.C. § 2255. ECF No. 238. The Court concludes that his motion should not be summarily denied as being without merit.

      Accordingly, the Clerk of Court is respectfully directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued. By **January 13, 2025**, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion. Petitioner shall have 30 days from the date on which he is served with the Government's answer or other pleading to file a response. Absent further order, his motion will be considered fully submitted as of that date.

      All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

      SO ORDERED.

Dated: November 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge