UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/6/2026__

UNITED STATES OF AMERICA

-against-

WILLIAM BAZEMORE,

Defendant.

WILLIAM BAZEMORE,

Petitioner,

-against-

UNITED STATES OF AMERICA,

Respondent.

19 Cr. 6-1 (AT)

24 Civ. 7953 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated April 20, 2026, the Court held in abeyance briefing on William Bazemore's *pro se* motion for reconsideration of the Court's order denying his motion to vacate his sentence pending the issuance of the Second Circuit's mandate. *See* ECF Nos. 252 in 19 Cr. 6-1, 8 in 24 Civ. 7953. On May 1, 2026, the mandate issued. ECF No. 11 in 24 Civ. 7953. Accordingly:

1. By **May 8, 2026**, the Government shall enter its appearance on the civil docket, 24 Civ. 7953.

2. By **May 29, 2026**, the Government shall respond to the motion.

3. By **June 12, 2026**, Bazemore shall file his reply, if any.

The Clerk of Court is respectfully directed to mail a copy of this order to Bazemore *pro se*.

SO ORDERED.

Dated: May 5, 2026
New York, New York

ANALISA TORRES
United States District Judge